UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEE ROY JENKINS (#73024)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 08-811-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 20, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus filed by Lee Roy Jenkins will be dismissed without prejudice.

Baton Rouge, Louisiana, August 24, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA